UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE ERICA AINE, aka NICHOLAS ERIC LEVAK,

              Plaintiff,

   v.

NATIONAL SECURITY AGENCY, et al.,

              Defendants.

Case No. C22-1608-JCC

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

      Plaintiff's *in forma pauperis* (IFP) application, Dkt. 4, is deficient.  Plaintiff indicates no employment since December 2020, no money received in the past twelve months, and no money in Plaintiff's possession.  Plaintiff also provides no information about monthly expenses, including their amount and how they are met.  The Court is unable to assess Plaintiff's IFP request as written.

      Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order.  In the amended IFP application, Plaintiff must provide complete and detailed financial information and, if without any means of support, must explain how Plaintiff is able to meet

MINUTE ORDER - 1

basic expenses, including food and shelter.  Failure to comply may result in denial of IFP or dismissal.

Dated this 30th day of November, 2022.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2